UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY,

                    Plaintiff,

        -against-

HUDSON EXCESS INSURANCE COMPANY,

                    Defendant,

and

LUIS A. SIGUENCIA HUERTA,

                    Nominal Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  _2/26/2026_ |

25 Civ. 6421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

There is a case management conference in this matter scheduled for Monday, March 2, 2026.  *See* ECF No. 24.  The case management plan directed the parties "to file a joint status report not later than one week in advance of the Case Management Conference."  *Id.* ¶ 16.  The parties were also reminded that "a pre-motion conference request for any motion for summary judgment must be made within fourteen (14) days of the close of fact discovery," which, per the scheduling order, was February 11, 2026.  *Id.* ¶¶ 5, 8, 16.

The Court has not received a joint status report or a pre-motion conference request for any motion for summary judgment.  Accordingly, by **March 5, 2026,** the parties shall file the required joint status report, in accordance with the case management plan.

The case management conference currently scheduled for March 2, 2026, is hereby ADJOURNED to **March 16, 2026,** at **10:00 a.m.**

      SO ORDERED.

Dated: February 26, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge