UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY,

                Plaintiff,

       -against-

HUDSON EXCESS INSURANCE COMPANY,

                Defendant,

and

LUIS A. SIGUENCIA HUERTA,

                Nominal Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/20/2026
```

25 Civ. 6421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      In light of the parties' ongoing settlement discussions, *see* ECF No. 29, the case management conference currently scheduled for April 20, 2026 is ADJOURNED to **June 11, 2026**, at **12:00 p.m.**  No other deadlines are affected by this order.

      SO ORDERED.

Dated: April 20, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge