UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY,

                Plaintiff,

       -against-

HUDSON EXCESS INSURANCE COMPANY,

                Defendant,

and

LUIS A. SIGUENCIA HUERTA,

                Nominal Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/3/2026
```

25 Civ. 6421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters at ECF Nos. 33 and 35, which state that the parties' settlement negotiations are ongoing.  Accordingly, by **June 10, 2026**, the parties shall inform the Court whether they believe the case should be referred to the Honorable Sarah L. Cave for settlement discussions.  To accommodate the parties' settlement efforts, the case management conference scheduled for June 11, 2026 is ADJOURNED *sine die*.  Plaintiff's pre-motion letter seeking leave to file a motion for summary judgment, ECF No. 33, shall be held in abeyance pending further order of this Court.

      SO ORDERED.

Dated: June 3, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge