USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2026

Weber Gallagher

1000 Franklin Avenue, Suite 300
Garden City, NY 11530

T: (516) 408-2422
F: (516) 461-3271

George L. Maniatis
Partner

Direct Dial: (516) 367-0274
Email: george.maniatis@wglaw.com

September 16, 2026

**VIA ECF**
Hon. Judge Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: ***Southwest Marine and General Insurance Company v. Hudson Excess Insurance Company and Luis A. Siguencia Huerta***
Southern District of New York; Civil Case No.: 1:25-cv-06421-AT
WG File No.: 0216665

Dear Judge Torres:

We are counsel for Defendant, Hudson Excess Insurance Company ("Hudson") in the above matter. Pursuant to the Court's July 30, 2026 Order, Defendant, Hudson Excess Insurance Company ("Hudson") respectfully requests that the Summary Judgment briefing schedule be adjourned as follows:

Hudson's opposition to Plaintiff's motion for summary judgment, which is currently due on October 8, 2026, be adjourned until November 9, 2026;

Plaintiff's reply, which is currently due on October 29, 2026, be adjourned until November 30, 2026

Hudson requests the adjournment of the briefing dates due to counsel's personal medical reasons.

This is Hudson's first request for an adjournment or extension.

Thank you for the Court's courtesy.

Respectfully submitted;

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

George L. Maniatis
GEORGE L. MANIATIS

cc:

**Via ECF**
All Counsel of Record

GRANTED. By **November 9, 2026**, Hudson shall file its opposition to Plaintiff's motion for partial summary judgment. By **November 30, 2026**, Plaintiff shall file its reply, if any. Future requests for extensions shall state whether the opposing party consents to the request. *See* Rule I(C), Individual Practices in Civil Cases.

SO ORDERED.

Dated: September 17, 2026
New York, New York

ANALISA TORRES
United States District Judge